# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 12, 2023
Lyle W. Cayce
Clerk

No. 22-20095

Jose Flores; Jean Romero-Rodriguez; Brandon Villarreal,

*Plaintiffs—Appellants*,

versus

FS Blinds, L.L.C.,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-4114

_____

Before Wiener, Higginson, and Wilson, *Circuit Judges*.[*]

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

_____

[*] Judge Wiener concurs only in the judgment.

No. 22-20095

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiffs-appellants the costs on appeal to be taxed by the Clerk of this Court.